**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **)** |
| | **)** |
| **v.** | **) CRIMINAL NO. 1:25-000092-JB-N** |
| | **)** |
| **MICHAEL RAY DELAROSA,** | **)** |
| **Defendant.** | **)** |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, **MICHAEL RAY DELAROSA**, by consent appeared along with his counsel of record, Gordon Armstrong, before the undersigned Magistrate Judge on March 25, 2026, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count Two of the Superseding Indictment, charging a violation of Title 21, United States Code, Section 841, Possession with the Intent to Distribute a Controlled Substance.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant,

**MICHAEL RAY DELAROSA**, be adjudged guilty and have sentence imposed accordingly.[1]

Defendant's sentencing hearing before Chief United States District Judge Jeffrey U. Beaverstock is set for **JULY 20, 2026, at 10:00 a.m. (Central)**, pending the adoption of this Report and Recommendation.

**DONE** this the 25th Day of March, 2026.

> */s/ Katherine P. Nelson*
> **KATHERINE P. NELSON**
> **UNITED STATES MAGISTRATE JUDGE**

---

[1] On the record, parties have waived the 14-day objection period.