## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:25-00092-JB |
| | ) |
| MICHAEL RAY DELAROSA, | ) |
| Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katherine P. Nelson, and the Defendant having waived any objections, the plea of guilty of the Defendant **MICHAEL RAY DELAROSA**, to Count Two of the Superseding Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **July 20, 2026, at 10:00 a.m.  in Courtroom 4A** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama.

**DONE and ORDERED** this the 9th day of April 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE